In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00105-CR


______________________________




LASHUNDA MASSEY, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 102nd Judicial District Court


 Bowie County, Texas


Trial Court No. 00F0447-102




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 LaShunda Massey, appealing from the revocation of her community supervision, (1) argues, in
a sole point of error, that the trial court was without jurisdiction to revoke her community
supervision because no capias was issued. See Tex. Code Crim. Proc. Ann. art. 42.12, § 21(b)
(Vernon Supp. 2008); Harris v. State, 843 S.W.2d 34 (Tex. Crim. App. 1992), overruled in part by
Bawcom v. State, 78 S.W.3d 360, 363 (Tex. Crim. App. 2002).

 A supplemental clerk's record has now been filed containing a capias issued in this case
directing Massey's arrest. We overrule Massey's contention of error.

 We affirm the judgment.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: September 29, 2009

Date Decided: September 30, 2009


Do Not Publish
1. After being originally placed on community supervision in 2001 for possession of a
controlled substance, Massey had twice been brought before the trial court in revocation
proceedings; each time, however, Massey was placed back on community supervision. This time,
however, it became apparent that Massey was also on community supervision with Travis County
and Dallas County at the same time. Massey pled true to the violations alleged, and the trial court
sentenced her to eight years' confinement.



nt. See Tex. R. App. P. 42.1(a)(2)(B); see also Tex. R. App. P.
43.2(e).




 Josh R. Morriss, III

 Chief Justice


Date Submitted: November 20, 2006

Date Decided: November 21, 2006